E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-6898-GHK | Date | August 17, 2012 |
|---|---|---|---|
| Title | *In Re: Isaac Arianpour* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers) Order to Show Cause

    Upon review, it appears that Appellant Isaac Arianpour ("Appellant") has failed to pay the required filing fee. Accordingly, Appellant is **hereby ORDERED TO SHOW CAUSE** ("OSC"), in writing, **within fourteen (14) days hereof** why this appeal should not be dismissed for failure to pay the filing fee. Appellant may discharge this OSC by paying the filing fee. If Appellant fails to pay the filing fee or show cause within fourteen (14) days, this appeal will be dismissed for failure to pay the filing fee.

    **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | Bea | |